IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WAYNE RESPER #274319,

    PLAINTIFF

v.                            CASE NO.: PJM-18-1406

WEXFORD HEALTH SOURCES,
INC., ET AL.,

    DEFENDANTS

## STATUS UPDATE AND MOTION FOR EXTENSION OF TIME

Plaintiff, Wayne Resper #274319, pro se and a prisoner at Jessup Correctional Institution (JCI), pursuant to the Court's January 29, 2019 Order, provides an update and request for extension of time within which to file a response to the Defendants' Motion to Dismiss, stating:

1. As of July 8, 2019, Plaintiff has not been reunited with his legal paperwork.

Wherefore, Plaintiff prays the Court will grant an extension of time within which Plaintiff must file an update and status report to and including the 12th day of August 2019.

RESPECTFULLY SUBMITTED,

_____
WAYNE RESPER 274319
J.C.I.
P.O. BOX 534
JESSUP, MD 20794-0534


CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THIS UPDATE/MOTION WAS MAILED, POSTAGE PREPAID, TO: MEYERS, RODBELL & ROSENBAUM, P.A., 6801 KENILWORTH AVENUE, SUITE 400, RIVERDALE, MD 20737-1385 ON THIS __8TH__ DAY OF __JULY__ 2019.

_____
WAYNE RESPER 274319